# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LUIS COTA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83951

---

MICHAEL LUIS COTA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83957

**FILED**

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from district court orders denying motion to hold counsel in contempt and directing counsel to resend portions of case file. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to hold counsel in contempt and directing counsel to resend portions of case file in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d

22-01752

1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS these appeals dismissed.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Michael Luis Cota
Attorney General/Carson City
Douglas County District Attorney/Minden
John Malone
Douglas County Clerk

---

[1]Given this order, this court takes no action on the pro se letters filed on January 3, 2022.

This court anticipates that counsel will promptly provide appellant with any portions of the case file that appellant claims to be missing, if counsel has not done so already.

SUPREME COURT
OF
NEVADA

(O) 1947A